LCS



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Saengchol PAK<br><br>    Defendant. | Magistrate Case No. '22 MJ03158<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After<br>Deportation |

The undersigned complainant being duly sworn states:

On or about August 31, 2022, within the Southern District of California, Defendant, Saengchol PAK, A.K.A. Sang Chul PARK, an alien, who previously had been excluded, deported and removed from the United States to South Korea, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the San Ysidro Port of Entry, without the Attorney General of the United States or designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Adriana Rosas-Carranza, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on 1st of September 2022.

_____
HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

On August 31, 2022, at approximately 12:34 P.M., Saengchol PAK, A.K.A. Sang Chul PARK, (Defendant), attempted to gain entry into the United States from Mexico by eluding inspection concealed in the trunk of a vehicle at the San Ysidro Port of Entry. During the primary inspection, the primary Customs and Border Protection (CBP) Officer conducted a cursory inspection of the vehicle and discovered Defendant, who was one of two people concealed therein. The vehicle was referred to secondary for further inspection.

In secondary, Defendant was assisted out of the trunk of the vehicle and escorted into the security office. Defendant's fingerprints were queried by fingerprint and photograph comparison through the Integrated Automated Fingerprint Identification System (IAFIS) which linked Defendant to Federal Bureau of Investigation and Department of Homeland Security service records. Service records identify Defendant as a citizen of South Korea with no legal documents to enter the United States. Defendant was ordered deported from the United States by the Immigration Judge on December 28, 1998. Defendant was not physically removed from the United States until May 15, 2006, through the Los Angeles, California airport. Defendant was most recently removed from the United States on August 18, 2021, through the San Francisco, California airport. Department of Homeland Security records contain no evidence Defendant has applied for or received permission from the United States Attorney General or designated successor, the Secretary of the Department of Homeland Security, to legally seek reapplication for admission into the United States.

At approximately 3:29 PM, Defendant was advised of his Miranda Rights. Defendant elected to waive his right to counsel and gave the following statement. Defendant admitted he is a citizen of South Korea with no legal documents to enter the United States. Defendant admitted he was deported from the United States and has not applied for permission to reenter. Defendant admitted he attempted to enter the United States concealed in the trunk of a car. Defendant stated he was going to pay a smuggling fee of approximately $18,000 upon his successful entry into the United States. Defendant stated he was going to Los Angeles to reunite with his family.